USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  CHRISTOPHER SANCHEZ,                          :
                                                :
                         Plaintiff,             :
                                                :
           -v -                                 :
                                                :
  TRANSIT C.O. CASTRO, TRANSIT C.O.             :
  DAVIS, EMT GONZALEZ, EMT VELEZ,               :
  NYCDOC, BILL DE BLASIO, and THE CITY          :
  OF NEW YORK,                                  :
                                                :
                         Defendants.            :
----------------------------------------------------------------- X

-----------------------------------------------------------------X
                                                :
  CHRISTOPHER SANCHEZ,                          :
                                                :
                         Plaintiff,             :
                                                :
           -v -                                 :
                                                :
  CAPTAIN FERNANDEZ; C.O. GAINES;               :
  C.O. PHILLIPS; AND THE CITY OF NEW            :
  YORK,                                         :
                                                :
                         Defendants.            :
----------------------------------------------------------------- X

-----------------------------------------------------------------X
                                                :
  CHRISTOPHER A. SANCHEZ,                       :
                                                :
                         Plaintiff,             :
                                                :
           -v -                                 :
                                                :
  JOHN DOE #1; JOHN DOE #2; and CITY            :
  OF NEW YORK,                                  :
                                                :
                         Defendants.            :
----------------------------------------------------------------- X

-----------------------------------------------------------------X
                                                :
  CHRISTOPHER A. SANCHEZ,                       :
```

1:18-cv-09257-GHW
1:18-cv-09987-GHW
1:19-cv-06850-GHW
1:19-cv-07064-GHW

ORDER

|                                                                 | :   |
| Plaintiff,                                                      | :   |
|                                                                 | :   |
| -v -                                                            | :   |
|                                                                 | :   |
| DR. RAUL RAMOS, CAPT. SHAW, ESU                                 | :   |
| CAPTAIN JOHN DOE, THE CITY OF NEW                               | :   |
| YORK, and DEPUTY WARDEN MILLER,                                 | :   |
|                                                                 | :   |
| Defendants.                                                     | :   |
| ----------------------------------------------------------------- X |

GREGORY H. WOODS, District Judge:

As discussed on the record at the telephone conference held on January 3, 2020, the parties have informed the Court that these cases have settled. Accordingly, it is hereby ORDERED that these actions be conditionally discontinued without prejudice and without costs; provided, however, that within ninety (90) days of the date of this Order, the parties may submit to the Court their own Stipulations of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff may apply by letter for restoration of any of the actions to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the relevant action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of these actions with prejudice in the event that Plaintiff has not requested restoration of the relevant case to the active calendar within such 90-day period.

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close these cases.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge